IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE REVOCABLE LIVING TRUST OF JUDITH A. DUNN DATED DECEMBER 16, 1996 JUDITH A. DUNN, TRUSTEE, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-371-RP |
| QUICKEN LOANS, INC., et al., | § § § | |
| Defendants. | § § | |

## ORDER

Before this Court is the parties' Joint Report on Alternative Dispute Resolution and Case Status. (Dkt. 60). In their Joint Report, the parties stated that they participated in mediation and reached a settlement. (*Id.* at 1). They expect to have a final agreement signed in the next 7–10 days. (*Id.* at 1–2). The parties therefore ask that the case be stayed for two weeks to allow them to finalize their agreement. (*Id.* at 2). The Court will grant the parties' request to briefly stay this case.

**IT IS ORDERED** that this case is **STAYED** until **September 18, 2020**.

**IT IS FURTHER ORDERED** that, on or before **September 18, 2020**, the parties shall file either (1) dismissal papers with a proposed agreed final judgment or (2) a joint status report.

**SIGNED** on September 4, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE